IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                       Cr. No. 00-159-01-SM

Michael T. DiFrancesco

ORDER TO DISCOVER AND TO APPEAR FOR
HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

    Upon Motion of the United States of America, it is

    ORDERED that the defendant appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom No. B, Concord, New Hampshire, on the 23rd day of JUNE, 2009, at 10 am, for a hearing to establish a schedule for periodic payment of the judgment. It is further

    ORDERED that the defendant, on the above-noted date, participate in the disclosure of his financial assets and liabilities by completing the financial statement attached hereto as Exhibit A, by providing copies of all documents listed on Exhibit B and by further answering any questions propounded by the plaintiff or the Court regarding his financial assets and liabilities and his ability to repay the judgment entered against him on October 8, 1999.

    Dated at Concord, New Hampshire this 28 day of May, 2009.

                                                /s/ James R. Muirhead
                                                   U.S. Magistrate Judge

cc:  U.S. Attorney
      Michael T. DiFrancesco